IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONALD ALAN BOULDEN,

    Plaintiff,

v.                                                Case No. 2:21-cv-00440-KWR-GBW

DWAYNE SANTISTEVAN, *et al,*

    Defendants.

## ORDER GRANTING EXTENSION

**THIS MATTER** is before the Court on Plaintiff's Motion to Extend Time (Doc. 38) (Motion). The Court previously fixed a deadline of March 2, 2022 for Plaintiff to file an amended civil rights complaint and a single motion requesting procedural relief. Plaintiff requests a 30-day extension based on a lockdown and mailing delays. (Doc. 38). The Court **FINDS GOOD CAUSE** to **GRANT** the Motion but may deny further requests for extension, absent extraordinary circumstances.

**IT IS ORDERED** that Plaintiff's Motion to Extend Time (**Doc. 38**) is **GRANTED**; and the deadline to file an amended complaint and a single motion requesting procedural relief is extended through **April 2, 2022.**

**IT IS SO ORDERED.**

                                                        **KEA W. RIGGS**
                                            **UNITED STATES DISTRICT JUDGE**